### ADAMSON *v.* ADAMSON.

PER CURIAM. 1. This case falls within the rule that the first grant of a new trial, whether based upon general or special grounds, will not be disturbed by this court unless the verdict was required by the evidence. *Watson* v. *Equitable Mortgage Co.,* 112 *Ga.* 253 (37 S. E. 363).

2. The superior court is a court of record, and a motion to set aside a judgment must be in writing. The court did not err in refusing, on an oral motion, to vacate the judgment granting a new trial.

*Judgment affirmed.    All the Justices concur, except Fish, C. J., absent.*
                    FEBRUARY 24, 1917.

Equitable petition. Before Judge Smith. Clayton superior court. November 3, 1915.

*G. A. K. Stevens* and *Joseph W. & John D. Humphries,* for plaintiff. *J. W. Culpepper* and *O. J. Coogler,* for defendant.